```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA               :

          - v. -                       :     Sealed
                                             Indictment
                                       :
                                             07 Cr. _____
JOSE ANGEL GONZALES,                   :
  a/k/a "El Cuñado,"
                                       :

          Defendant.                   :

- - - - - - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/08

### COUNT ONE

The Grand Jury charges:

1.  From in or about 2005 until in or about 2006, in the Southern District of New York and elsewhere, JOSE ANGEL GONZALES, a/k/a "El Cuñado," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that JOSE ANGEL GONZALES, a/k/a "El Cuñado," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).

Overt Acts

3. In furtherance of the conspiracy, and to effect the illegal objects thereof, the following acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or about October 2005, JOSE ANGEL GONZALES, a/k/a "El Cuñado," the defendant, traveled to Westchester, New York.

b. On or about February 27, 2006, a co-conspirator not named as a defendant herein ("CC-1") possessed approximately 56 kilograms of cocaine in New Jersey.

c. On or about February 27, 2006, JOSE ANGEL GONZALES, a/k/a "El Cuñado," the defendant, spoke over the telephone with a co-conspirator not named as a defendant herein ("CC-2").

(Title 21, United States Code, Section 846.)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE ANGEL GONZALES,
 a/k/a "El Cuñado,"

Defendant.

INDICTMENT

(Title 21, United States Code, Section 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.