

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

ORIGINAL

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2008

**BY FAX**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Jose Angel Gonzales, 08 Cr. 34 (___)

Dear Judge Gorenstein:

    The defendant charged in the above-referenced sealed indictment was arrested in Arizona and is going to be presented before a judicial officer there. The Government respectfully requests that this indictment be unsealed and wheeled out to a District Judge here.

    Respectfully submitted,

    MICHAEL J. GARCIA
    United States Attorney

By:    _____
    Virginia Chavez Romano
    Assistant United States Attorney
    Tel.: (212) 637-1037

SO ORDERED:

_____
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 5 2008