UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

United States of America

v.

Jose Angel Gonzales

Defendant.

APPEARANCE

08 Cr 34 (RWS)

---

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Jose Angel Gonzales

I certify that I am admitted to practice in this court.

Date: 3/4/08

s/ _____
Eric M. Sears
61 Broadway, Suite 1601
New York, NY  10006

Tel. 212-252-8560
Fax 212-267-3024
Cell: 917-929-2096
Email: emsearsesq@aol.com