UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
UNITED STATES OF AMERICA                                08 Cr 034

         v.                                         ORDER

JOSE ANGEL GONZALES,

         Defendant.
--------------------------------------------------------

PRESENT: HON. ROBERT W. SWEET, U.S.D.J.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/18/08

On the application of Eric M. Sears for permission to utilize the services of a paralegal assistant in the above entitled matter and to bill that the person at the hourly rate of $65.00 per hour, made ex parte pursuant to the provisions of 18 U.S.C. 3006A(e)(1), it is

ORDERED that, Eric M. Sears, counsel for Jose Angel Gonzales, appointed pursuant to the Criminal justice Act, may utilize the services of a paralegal assistant in the above entitled matter and to bill that person at the hourly rate of $65.00 per hour, nunc pro tunc to March 20, 2008.

Dated: USDC, SDNY

4-17-08

SO ORDERED.

_____
U.S.D.J